FILED

MAR 23 2011

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:11cr47-MHT |
| | ) | [29 U.S.C. § 501(c); |
| MICHAEL WILLIAMS | ) | 29 U.S.C. § 439(c)] |

## INDICTMENT

The Grand Jury charges:

### COUNTS 1-10

1. At all times material to this Indictment, Local Union No. 780 of the International Brotherhood of Electrical Workers in Eufaula, Alabama ("Local 780") was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.* Pursuant to Title 29, United States Code, Section 436 ("Section 436"), Local 780 was required to keep and maintain for five years, among other things, records accurately reflecting Local 780's expenditures.

2. On or about the dates set forth below, in Barbour County, in the Middle District of Alabama,

MICHAEL WILLIAMS,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, and the use of another, the moneys, funds, securities, property, and other assets of Local 780, of which he was an officer, by making payable to himself checks drawn on Local 780 accounts, and by embezzling, in whole or in part, checks payable to Local 780, as described below:

| Count | Date | Check No. or Deposit | Amount Embezzled |
|---|---|---|---|
| 1 | April 24, 2006 | 494 | $3,500 |
| 2 | December 22, 2006 | Deposit | $236 |
| 3 | January 31, 2007 | Deposit | $200 |
| 4 | February 20, 2007 | Deposit | $100 |
| 5 | March 28, 2007 | Deposit | $100 |
| 6 | April 24, 2007 | Deposit | $100 |
| 7 | June 19, 2007 | Deposit | $100 |
| 8 | June 28, 2007 | Deposit | $100 |
| 9 | July 26, 2007 | Deposit | $170 |
| 10 | August 29, 2007 | Deposit | $300 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNTS 11-14

3. The allegations of Paragraphs 1 and 2 are hereby incorporated into this Paragraph as if set out in full herein.

4. On or about the dates set forth below, in Barbour County, in the Middle District of Alabama,

MICHAEL WILLIAMS,

defendant herein, did willfully make and cause to be made a false entry in a record required to be kept by Section 436. Specifically, WILLIAMS caused (a) the following Local 780 checks to be made payable to himself or to cash, and (b) the notation on the accompanying check stubs to falsely state the purpose of the check:

| Count | Date | Check No. | Check Stub Notation |
|---|---|---|---|
| 11 | April 24, 2006 | 494 | Expenses for Trip |
| 12 | May 31, 2006 | 506 | Phone bill to bell south |
| 13 | July 19, 2006 | 511 | Lost time for KK |
| 14 | August 3, 2006 | 517 | Rent for Barbara Connelly |

All in violation of Title 29, United States Code, Section 439(c).

A TRUE BILL:

*Jussie Jackson*
Foreperson

*Leura J. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Gray M. Borden*
Assistant United States Attorney